UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Ronald Lee Alexander Sr., | § | |
|     Petitioner, | § | |
| | § | |
| *versus* | § | Civil Action H-20-608 |
| | § | |
| Lorie Davis, | § | |
|     Respondent. | § | |

# Order of Adoption

On February 24, 2020, Magistrate Judge Peter Bray filed a memorandum and recommendation (8) recommending that the court dismiss Ronald Lee Alexander Sr.'s petition for writ of habeas corpus. No objections were filed. The court adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on March 31, 2020 at Houston, Texas.

_____

Lynn N. Hughes
United States District Judge